NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILUMINADO DELA CRUZ,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3156

---

Petition for review of the Merit Systems Protection Board in No. SF0842120596-I-1.

---

**ON MOTION**

---

**O R D E R**

Iluminado Dela Cruz moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

DELA CRUZ V. OPM                                                    2

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21